UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID COOPER,<br><br>   Plaintiff,<br><br>v.<br><br>GROWING FAMILY PORTRAITS, LLC<br>d/b/a LIFE356 PORTRAITS,<br><br>   Defendant. | Civil Action No.: 17-cv-5515-AB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

THE MATTER in difference in the above-captioned action having been amicably adjusted by and between the plaintiff, David Cooper, and defendant, Growing Family Portraits, LLC d/b/a Life365, it is hereby stipulated and agreed by the parties that the Complaint and all claims asserted in this action against defendant Growing Family Portraits, LLC d/b/a Life365 Portraits be and are hereby **DISMISSED WITH PREJUDICE** and that all parties shall bear their own attorneys' fees and costs.

BUDD LARNER, P.C.  
150 John F. Kennedy Parkway  
Short Hills, New Jersey 07078  
*Attorneys for Defendant*  
GROWING FAMILY PORTRAITS, LLC  
d/b/a LIFE365 PORTRAITS  

UNRUH, TURNER, BURKE & FREES  
P.O. Box 515  
West Chester, PA 19382  
*Attorneys for Plaintiff*  
DAVID COOPER  

By:  */s/ Christopher P. Anton*  
   Christopher P. Anton  

By:  */s/ Brian D. Boreman*  
   Brian D. Boreman